UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDERY HERRERA, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

Plaintiffs,

v.

SWEDISH INSTITUTE INCORPORATED,

Defendant.

No.: 1:24-cv-06794-AT

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), EDERY HERRERA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, SWEDISH INSTITUTE INCORPORATED.

Dated: New York, New York
May 20, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Dana L. Gottlieb
Dana L. Gottlieb, Esq. (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

________________________________
United States District Court Judge